```
 1  NICOLA T. HANNA
    United States Attorney
 2  DAVID M. HARRIS
    Chief, Civil Division
 3  INDIRA J. CAMERON-BANKS (CBN 248634)
    Assistant United States Attorney
 4  Chief, Financial Litigation Section
         Federal Building, Suite 7516
 5       300 North Los Angeles Street
         Los Angeles, California 90012
 6       Telephone: (213) 894-2442
         Facsimile:  (213) 894-7819
 7       E-mail: Indira.J.Cameron-Banks@usdoj.gov

 8  Attorneys for Plaintiff
    UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. **CV 18-6061** |
|---|---|
| Plaintiff, | **[CR 96-350-WDK]** |
| v. | **CLERK'S 28 U.S.C. § 3202(b) NOTICE OF CONTINUING POSTJUDGMENT GARNISHMENT TO DEBTOR** |
| MICHAEL D. WYNER, | |
| Defendant. | **WELLS FARGO BANK, N.A.** |

TO MICHAEL D. WYNER:

You are hereby notified that the funds held by garnishee WELLS FARGO BANK, N.A., are being taken by the United States of America (the Government), which has a Court judgment for restitution in the amount of $903,368.21, plus interest at the legal rate if applicable, and a special assessment of $100.00, as a result of your conviction and sentencing in *United States v. Michael D. Wyner*, CR 96-350-WDK. The current balance owed is $897,316.21, computed through July 12, 2018.

1

1       The Federal Debt Collection Procedures Act requires Garnishee to file an answer to the writ of garnishment. 28 U.S.C. § 3205(c)(4). In the answer, Garnishee is required to state whether Garnishee has custody, control, or possession of property belonging to Defendant, a description of the property and a statement of its value, a description of any previous garnishments of the property, and the amount that Garnishee anticipates owing Defendant in the future.

      The Act further provides that within 20 days following the receipt of the answer, either you or the United States may file a written objection to the answer and a request a hearing. The objection shall identify the party filing it and shall state the grounds for the objection to the answer. 28 U.S.C. § 3205(c)(5). The Court shall conduct a hearing on the objection to the answer of Garnishee within 10 days after service of the request, or as soon thereafter as practicable. Id. Any objection to the answer filed by Garnishee must be set forth in a pleading and filed by the party objecting with the Clerk of the United States District Court.

      If no objection to the answer of Garnishee is filed, and no request for a hearing is received by the Court, the Court shall promptly enter an order directing Garnishee as to the disposition of your nonexempt interest in the garnished property. If a hearing is timely requested, the order for disposition of the property shall be entered by the Court within 5 days after the hearing, or as soon as practicable. 28 U.S.C. § 3205(c)(7).

      In addition, YOU ARE HEREBY NOTIFIED that there are exemptions under the law which may protect some of the property from being taken by the Government if you can show that the exemptions apply. Attached is a summary of the exemptions which may apply when the debt arises out of a judgment entered in a criminal case.

      You have a right to ask the Court to return your property to you if you think the property the Government is taking qualifies under one of the exemptions. You must either mail your request for hearing, or deliver it in person, to the Clerk of the United States District Court, 312 North Spring Street, Los Angeles, California 90012. You must also send a copy of your request to the Government at the United States Attorney's Office, Room 7516AA-Federal Building, 300 North Los Angeles Street, Los Angeles,

California 90012, and Attention: Financial Litigation Unit, so the Government will know you want a hearing. If you wish, you may use the attached form to request the hearing.

The hearing will take place within 5 days after the Clerk receives your request, if you ask for it to take place that quickly, or as soon after that as possible. At the hearing, you may explain to the judge why you believe the property the Government has taken is exempt.

If you think you live outside the federal judicial district in which the Court is located, you may request, no later than 20 days after you receive this notice, that this proceeding to take your property be transferred by the Court to the federal judicial district in which you reside. You must make your request in writing, and either mail it or deliver it in person to the Clerk of the Court, 312 North Spring Street, Los Angeles, California 90012. You must also send a copy of your request to the Government in care of United States Attorney's Office, Room 7516AA-Federal Building, 300 North Los Angeles Street, Los Angeles, California 90012, Attention: Financial Litigation Unit, so the Government will know you want the proceeding to be transferred.

Be sure to keep a copy of this notice for your own records. If you have any questions about your rights or about this procedure, you should contact a lawyer, an officer of public legal assistance, or the Clerk of the Court. The Clerk is not permitted to give legal advice, but can refer you to other sources of information.

DATED: _____.         _____
                                         DEPUTY CLERK,
                                         UNITED STATES DISTRICT COURT

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL D. WYNER,<br><br>　　　　Defendant. | No. **CV 18-6061**<br><br>**[CR 96-350-WDK]**<br><br>**REQUEST FOR HEARING RE: GARNISHMENT**<br><br>**WELLS FARGO BANK, N.A.** |

\_\_\_\_ I request a hearing because the property that the Government is taking from Wells Fargo Bank, N.A., is exempt, for the reasons checked on the Claim for Exemption Form attached to this request.

_____           Address: _____
Defendant's Signature

_____

DATED: _____.  Telephone No. _____
　　　　　　　　　　　　　　　　　　　　　　(Include Area Code)

RETURN THIS REQUEST TO:
Clerk of the Court, 312 North Spring Street, Los Angeles, California 90012

SEND COPY OF THIS REQUEST TO:
United States Attorney's Office, Room 7516AA
Federal Building, 300 North Los Angeles Street, Los Angeles, California 90012,
Attention: Financial Litigation Unit

4

# NOTICE TO DEFENDANT-DEBTOR ON HOW TO CLAIM EXEMPTIONS

<u>CRIMINAL EXEMPTIONS</u>

The attached post-judgment process has been issued at the request of the United States of America.

The law provides that certain property and wages cannot be taken. Such property is said to be exempted. This notice lists the exemptions under federal law, as set forth in 18 U.S.C. § 3613(a). There is no exemption solely because you are having difficulty paying your debts.

If you claim an exemption, you should (1) fill out the claim for exemption form and (2) deliver or mail the form to the Clerk's Office of the United States District Court, Central District of California <u>and</u> to counsel for the United States.

If the United States of America as creditor is asking that your wages be withheld, the method of computing the amount of wages which are exempt from garnishment by law is indicated on the claim for exemption form which is attached. You do not need to file a claim for exemption to receive this exemption, but if you believe the wrong amount is being withheld, you may file a claim for exemption.

If the Court sets a hearing date, on the day of the hearing you should be ready to explain why your property is exempted. You should present to the Court any documents which may help you prove your case.

# CLAIM FOR EXEMPTION FORM
# CRIMINAL CASE
# [18 U.S.C. § 3613(a)]

I claim that the exemption(s) from garnishment and/or execution which are checked below apply in this case:

\_\_\_\_ 1.  Wearing apparel and school books as are necessary for the taxpayer or for members of his family.  18 U.S.C. § 3613(a)(1); 26 U.S.C. § 6334(a)(1).

\_\_\_\_ 2.  Fuel, provisions, furniture and personal effects, and arms for personal use, livestock, and poultry of the taxpayer, as does not exceed $9,380 in value.  18 U.S.C. § 3613(a)(1); 26 U.S.C. § 6334(a)(2).

\_\_\_\_ 3.  Books and tools necessary for the trade, business or profession of the taxpayer as do not exceed in the aggregate $4,690 in value. 18 U.S.C. § 3613(a)(1); 26 U.S.C. § 6334(a)(3).

\_\_\_\_ 4.  Unemployment benefits. 18 U.S.C. § 3613(a)(1); 26 U.S.C. § 6334(a)(4).

\_\_\_\_ 5.  Undelivered mail. 18 U.S.C. § 3613(a)(1); 26 U.S.C. § 6334(a)(5).

\_\_\_\_ 6.  Annuity and pension payments under the Railroad Retirement Act, Railroad Unemployment Insurance Act, pension payments received by Medal of Honor awardees, and annuities based on retired or retainer pay under Chapter 73 of Title 10, 18 U.S.C. § 3613(a)(1); 26 U.S.C. § 6334(a)(6).

\_\_\_\_ 7.  Workmen's Compensation. 18 U.S.C. § 3613(a)(1); 26 U.S.C. § 6334(a)(7).

\_\_\_\_ 8.  Child Support.  If the taxpayer is required by judgment of a court of competent jurisdiction, entered prior to the date of levy, to contribute to the support of his minor children, so much of his salary, wages, or other income as is necessary to comply with such judgment. 18 U.S.C. § 3613(a)(1); 26 U.S.C. § 6334(a)(8).

\_\_\_\_ 9.  Certain service-connected disability payments.  18 U.S.C. § 3613(a)(1); 26 U.S.C. § 6334(a)(10).

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

____ 10.Assistance under Job Training Partnership Act. 29 U.S.C. §§ 1501 et. seq.; 18 U.S.C. § 3613(a)(1); 26 U.S.C. § 6334(a)(12).

____ 11.Earnings and Wages.  The maximum part of the aggregate disposable earnings of the debtor which is subjected to garnishment may not exceed 25% of the debtor's disposable earnings for that work week or the amount by which the debtor's disposable earnings or that week exceed 30 times the Federal minimum hourly wage, whichever is less. 18 U.S.C. § 3613(a)(3); 15 U.S.C. § 1673.

The statements made in this claim of exemptions and fair market value of the property designated are made and declared under penalty of perjury that they are true and correct.  I hereby request a court hearing to decide the validity of my claims.  Notice of the hearing should be given to me by mail at:

_____

_____

Telephone _____

_____
[Debtor's printed or typed name][Signature]

_____
[Date]

7