NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Chief, Civil Division
INDIRA J. CAMERON-BANKS (CBN 248634)
Assistant United States Attorney
Chief, Financial Litigation Section
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-2442
    Facsimile:  (213) 894-7819
    E-mail: Indira.J.Cameron-Banks@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>        v.<br><br>MICHAEL D. WYNER,<br><br>            Defendant. | No. CV 18-6061<br><br>   [CR 96-350-WDK]<br><br>**[proposed] ORDER TO ISSUE WRIT OF GARNISHMENT**<br><br>**AND WRIT OF CONTINUING GARNISHMENT TO GARNISHEE WELLS FARGO BANK, N.A.**<br><br>**[28 U.S.C. § 3205(c)]** |

      The Court, having considered the United States of America's Application for a Writ of Continuing Garnishment as to the Garnishee, HEREBY ORDERS that the Writ of Continuing Garnishment as follows:

(1) This WRIT OF CONTINUING GARNISHMENT IS ISSUED against the property of defendant/judgment debtor Michael D. Wyner as to garnishee Wells Fargo Bank, N.A.

(2) The Clerk of the Court shall issue a notice pursuant to 28 U.S.C. § 3202(b) as prepared and submitted to the United States of America.

(3) On February 3, 2003, criminal judgment was entered in CR 96-350-WDK, by the United States District Court for the Central District of California imposing an order of restitution for $903,368.21 and a special assessment of $100.00. The current balance of this criminal judgment debt is $897,316.21.

(4) The name and address of Garnishees and/or Garnishees' authorized agent is:

> **Wells Fargo Bank, N.A.**
> **Legal Order Processing**
> **P.O. Box 29779**
> **Phoenix, Arizona 85038**

(5) The address for plaintiff United States of America is:

> Office of the United States Attorney, Financial Litigation Unit
> Suite 7516AA-Federal Building, 300 N. Los Angeles Street
> Los Angeles, CA 90012

(6) Defendant's Social Security Number is: XXX-XX-6202. The last known address of Defendant is: Michael D. Wyner, Scottsdale, Arizona 85262.

(7) Counsel for plaintiff United States of America is:

    Indira J. Cameron-Banks, Assistant United States Attorney
    Ste. 7516AA-Federal Building, 300 N. Los Angeles Street
    Los Angeles, CA 90012

(8) GARNISHEE SHALL ANSWER THIS WRIT in writing, under oath, within TEN DAYS after service of the writ of continuing garnishment and shall respond therein to the following questions:

(A) Whether Garnishee has custody, control or possession of any property of Defendant [including but not limited to non-exempt disposable earnings];

(B) What is a description of the property and the value thereof;

(C) Whether Garnishee owed Defendant any debt on the date the writ was served and the amount and basis of the debt; and

(D) Whether Garnishee anticipates owing any debt to Defendant in the future, and whether the period for payment will be weekly or other specified period.

(9) GARNISHEE SHALL file the original answer to this writ within ten (10) days of receipt of this writ with the Clerk of the United States District Court, 312 North Spring Street, Los Angeles, California 90012.  Additionally, you are required to serve a copy of the answer on Defendant Michael D. Wyner, and also on the attorney for plaintiff United States of America:  Indira J. Cameron-Banks, Assistant United States Attorney, Suite7516AA, Federal Building, 300 North Los Angeles Street, Los Angeles, California 90012.

IF YOU FAIL TO ANSWER THIS WRIT OR WITHHOLD AND RETAIN PROPERTY IN ACCORDANCE WITH THIS WRIT, THE UNITED STATES OF AMERICA MAY PETITION THE COURT FOR AN ORDER REQUIRING YOU TO APPEAR BEFORE THE COURT.  IF YOU FAIL TO APPEAR OR DO APPEAR AND FAIL TO SHOW GOOD CAUSE WHY YOU FAILED TO COMPLY WITH THIS WRIT, THE COURT MAY ENTER A JUDGMENT AGAINST YOU FOR THE VALUE OF THE DEBTOR'S NONEXEMPT PROPERTY AS WELL AS REASONABLE ATTORNEY'S FEES.

**IT IS UNLAWFUL TO PAY OR DELIVER TO DEFENDANT ANY PROPERTY LEVIED UPON BY THIS WRIT UNTIL FURTHER ORDER OF COURT.**

The garnishment is <u>continuing</u> in nature and shall constitute a lien against Defendant's nonexempt property.

The garnishment shall continue and survive until any of the following occurs:

(a) The debt is satisfied in full;

(b) The property in the possession, custody or control of Garnishee is exhausted;

(c) Plaintiff United States of America has released the garnishment; or

(d) The Court orders that the garnishment be quashed.

DATED:_____     _____
                                          UNITED STATES DISTRICT JUDGE