NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
INDIRA J. CAMERON-BANKS (CBN 248634)
Assistant United States Attorney
Chief, Financial Litigation Section
    Federal Building, Suite 7516AA
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-2442
    Facsimile:  (213) 894-7819
    E-mail: Indira.J.Cameron-Banks@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL D. WYNER,<br><br>    Defendant. | No. CV 18-6061-WDK<br><br>[CR 96-350-WDK]<br><br>**NOTICE OF SERVICE TO DEFENDANT BY U.S. MAIL OF UNITED STATES OF AMERICA'S APPLICATION FOR ORDER ISSUING WRIT OF CONTINUING GARNISHMENT TO GARNISHEE WELLS FARGO BANK, N.A.; [28 U.S.C. § 3205(b)] AND CLERK'S NOTICE OF ENFORCEMENT [28 U.S.C. § 3202(b)]; CLERK'S 28 U.S.C. § 3202(b) NOTICE OF CONTINUING POST JUDGMENT GARNISHMENT; and ORDER TO ISSUE WRIT OF GARNISHMENT AND WRIT OF CONTINUING GARNISHMENT**<br><br>[Wells Fargo Bank, N.A.] |

I, Grace Oviatt, declare:

That I am a citizen of the United States and a resident employed in Los Angeles County, California; that my business address is Federal Building, Room 7516AA, 300 North Los Angeles Street, California 90012; that I am over the age of 18 and not a party to the within action. I am employed by the Office of United States Attorney for the Central District of California who is a member of the Bar of this Court at whose directions this service by U.S. mail was made.

On **August 3, 2018,** I served a copy of the following documents:

1) **UNITED STATES OF AMERICA'S APPLICATION FOR ORDER ISSUING WRIT OF CONTINUING GARNISHMENT TO GARNISHEE WELLS FARGO BANK, N.A.; [28 U.S.C. § 3205(b)] AND CLERK'S NOTICE OF ENFORCEMENT [28 U.S.C. § 3202(b)];**

2) **CLERK'S 28 U.S.C. § 3202(B) NOTICE OF CONTINUING POST JUDGMENT GARNISHMENT TO DEBTOR RE WELLS FARGO BANK, N.A.; AND**

3) **ORDER TO ISSUE WRIT OF GARNISHMENT AND WRIT OF CONTINUING GARNISHMENT RE WELLS FARGO BANK, N.A.**

On the following entities/persons:

**Chris Cannon, Esq.**
Sugarman & Cannon
737 Tehama, No. 3
San Francisco, CA 94103

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on **August 3, 2018**, in Los Angeles, California.

/s/ Grace Oviatt
Grace Oviatt